**Albert A. RICHARDSON, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI–Forrest City, Appellee.**

**No. 11–1512.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 2, 2011.

Filed: Sept. 7, 2011.

Albert A. Richardson, Forrest City, AR, pro se.

Richard M. Pence, Jr., U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Federal inmate Albert Richardson appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition for a writ of habeas corpus. We deny his motion for appointment of counsel, and we conclude that habeas relief was not warranted for the reasons relied upon by the district court, *see Hill v. Morrison,* 349 F.3d 1089, 1091 (8th Cir.2003) (standard of review). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

1. The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).